SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant
RALPHS GROCERY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MERYL POMPONIO,<br><br>    Plaintiff,<br><br>v.<br><br>RALPHS GROCERY COMPANY, as an entity and doing business as "Foods Co.", and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. 2:19-cv-00502-WBS-CKD<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br><u>Status Conference:</u><br><br>Date: October 15, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 5<br>Judge: Hon. William B. Shubb<br><br><br>Action Filed: March 20, 2019<br>Trial Date: None Set |

1  The Court is in receipt of the parties' Request for Continuance of Status
2  Conference set for October 15, 2019 at 1:30 p.m. in Courtroom 5 before The
3  Honorable Judge Shubb.
4  The Court hereby grants the Request and continues the Status Conference to
5  **January 6, 2020 at 1:30 p.m**. in Courtroom 5.  A joint status report shall be filed no
6  later than **December 23, 2019**.

**IT IS SO ORDERED.**

Dated:  October 7, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE